Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-406-946**

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Littlest Elephant |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 01, 2008 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Karin Louise Taylor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Karin Louise Taylor |
| | 8 Rainforest Way, Lennox Head, NSW 2478, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Karin Louise Taylor |
| **Email:** | karinlouisetaylor@gmail.com |
| **Address:** | 8 Rainforest Way |
| | Lennox Head NSW 2478 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 23, 2024 |
| **Applicant's Tracking Number:** | KT2024042304 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-406-942**

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

### Title

| | |
|---|---|
| **Title of Work:** | Rainbow Pangolin |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 03, 2018 |
| **Nation of 1st Publication:** | Australia |

### Author

| | |
|---|---|
| • **Author:** | Karin Louise Taylor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Karin Louise Taylor |
| | 8 Rainforest Way, Lennox Head, NSW 2478, Australia |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Karin Louise Taylor |
| **Email:** | karinlouisetaylor@gmail.com |
| **Address:** | 8 Rainforest Way |
| | Lennox Head NSW 2478 Australia |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 23, 2024 |
| **Applicant's Tracking Number:** | KT2024042303 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-406-941**
**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Hedgehog |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 19, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **Author:** | Karin Louise Taylor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Karin Louise Taylor |
| | 8 Rainforest Way, Lennox Head, NSW 2478, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Karin Louise Taylor |
| **Email:** | karinlouisetaylor@gmail.com |
| **Address:** | 8 Rainforest Way |
| | Lennox Head NSW 2478 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 23, 2024 |
| **Applicant's Tracking Number:** | KT2024042302 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-406-945**

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

## Title
    **Title of Work:** Koi Watergarden

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** October 12, 2015
    **Nation of 1st Publication:** Australia

## Author
    • **Author:** Karin Louise Taylor
    **Author Created:** 2-D artwork
    **Citizen of:** Australia

## Copyright Claimant
    **Copyright Claimant:** Karin Louise Taylor
    8 Rainforest Way, Lennox Head, NSW 2478, Australia

## Rights and Permissions
    **Name:** Karin Louise Taylor
    **Email:** karinlouisetaylor@gmail.com
    **Address:** 8 Rainforest Way
    Lennox Head NSW 2478 Australia

## Certification
    **Name:** David Denholm
    **Date:** April 23, 2024
    **Applicant's Tracking Number:** KT2024042301



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-406-938

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

## Title
**Title of Work:** Vintage Elephant

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** December 22, 2010
**Nation of 1st Publication:** Australia

## Author
- **Author:** Karin Louise Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant
**Copyright Claimant:** Karin Louise Taylor
8 Rainforest Way, Lennox Head, NSW 2478, Australia

## Rights and Permissions
**Name:** Karin Louise Taylor
**Email:** karinlouisetaylor@gmail.com
**Address:** 8 Rainforest Way
Lennox Head NSW 2478 Australia

## Certification
**Name:** David Denholm
**Date:** April 23, 2024
**Applicant's Tracking Number:** KT2024042305

Page 1 of 2

